

O & Complt.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2025

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

GREGORY D CROSBY, AKA #05825045H
GREGORY D COSBY, Plaintiff

v.

ADX,
WARDEN D. BAYSORE,
AW (PROGRAMS) David LAZARIUK JR.,
Federal Bureau of PRISONS
NORTH Central Region
(Unit Team ADX), Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**



CC: ORIGINAL COURT

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

GREGORY D CRUSBY RFG NO 05825015
(Name, prisoner identification number, and complete mailing address)

GREGORY D COSBY / GREGORY D COSMO CRUSBY
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
_✓_ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* (1531 Burnsy Hehun)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: WARDEN ADX D. BAYSORE
(Name, job title, and complete mailing address)
PO box 8500 Florence Colorado

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No *(check one)*. Briefly explain:
Because she is the custiclon and oversee the plaintiff confinement.

Defendant 1 is being sued in his/her ___ individual and/or _✓_ official capacity.

2) Unit Team ADX
P.o Box 8500 Florence Colorado
81226-8500 in their official capacity

Defendant 2: DAVID LAZARIUK JR (AW) PROGRAMS
(Name, job title, and complete mailing address)
P.O.Box 8500 Florence, Colorado 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

He oversee the Responsible Operation of PROGRAMS, dealing with FSA (ACT)

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: Federal Bureau of PRISON(S) NCRO)
(Name, job title, and complete mailing address)
400 State AVE 8th Fl. Kan City KS
66101-2492

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ✓ No (check one). Briefly explain:

They oversee Classification/DSCC placement and the Region were pIt confined

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

C. **JURISDICTION**
*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ State/Local Official (42 U.S.C. § 1983)

✓ Federal Official
   As to the federal official, are you seeking:
   ✓ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
   ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: *(please identify)* _____

3

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: DENIAL OF EXEMPTION PER 18USC 3621(d)(4) And PROGRAM Statement 5410.01 SUBSECTION (C)(2) Time Credit Implementation PROCEDURES AND

Claim one is asserted against these Defendant(s):

Supporting facts:
DUE PROCESS VIOLATION;

THIS CASE ARISES FROM THE LONGEVITY AND THE DENIAL OF Plaintiff CONSTITUTION RIGHTS dealing with his DUE PROCESS. Violation AND BEING REVIEW properly in accordance TO THE BOP PROGRAM Statement 5410.01 FIRST STEP OF 2018 18USC 3621(d)(4) Time Credit Implementation And PROcedures. And sub section of PS 5410.01(C)(2) Exemption Proceedures. For A Thrift Recidvism Inmate

THE Plaintiff will set forth all Alleged Violation under DUE PROCESS clause and the Violation of ACT(S) under FIRST STEP ACT of 2018, Respectively.

4

SS: Attachment to the complaint

1) In October 2023, and going into 2024. The Plaintiff made a request to his unit team to be review for time credit FTC/ETC under subsection (C)(2) of Program Statement 5410.01 Time Credit Implementation Procedures.

2) On Nov 19, 2024 this request was made again to Defendant David Lazariuk, Jr at that time he was Unit Mcor / footnote. Also see exit A a request made on 4-14-25 that was return back by Unit Team (CSW) to Case Mcor.

3) On Jan 10, 25 the Plaintiff did complete a NRDAP drug program. One of the requirement per PS 5410.01 sub-section (C)(2).

4) The Plaintiff also was recommend by his sentencing judge in Mar 22, 21 to be place closes to his residant. See U.S. vs Crosby 09-40046-01-RTD District (of) Kansas ckt No# 206 ECF.

1) Footnote — It must be noted this defendant FCC aw programs Jan 2025. So unit team will be mention as defendants as well.

2 of 2

35' attachment to complaint

5) Defendant PAYSNE, Have failed to Act in her official capacity assuring that the Plaintiff Cost the proper review and assessment dating back to 2024. when, she was Acting Complex Warden.

6) Defendant Unit team Have failed to Submitted the proper documentation to Warden for review And then be submitted to defendants (N CROC BOP) These Act(S) Have violate the Plaintiff Const, Right Under Due Process Clause.

7) Defendants Have failed to Act. And do A proper Assessment As to the Plaintiff Request to Exemption As well to His time credit As well all Under the F-SA (Act)

8) that the First Step Act of 2018 And the Implementation of Program Statement 5410.01 Has been continue to be violate, By all defendant(s) Named in this Complaint, As they Have violate it Under their official capacity. Footnote

1/ 3 of 3
the Court made visit the policy @ BOP. GOV. Program Statement 5410.01.

ss' attachment to the complaint

9) The Plaintiff will also contend that his rights have been violated as to his custody, classification, assessment points per the First Step Act.

10) Plaintiff also was disciplinary, conduct free for (3) yr and did not have no 100/200 series conduct report as required by subsection (C)(2) of time credit implementation Program Statement 5410.01

11) Mr Crosby has been housed @ ADX since 11/2/2016. He have been in SMU Unit since 2012. Being confined @ USP Lee Co, USP BSY, USP FLP SMU 1-2, USP LEW SMU 1-2, USP SMU ALP 1-2 and here @ ADX max.

3 NOTE

12) Mr Crosby will also contend that all the named defendant have acted in their official capacity to continue the Plaintiff USCA Const (8, 14th) Amendment to the due process clause as to Classification Assessment, time credit security under FSA Act.

13) Plaintiff has significant programming) since 2016 he have

9 of 4

3) The court also made review several habeas action(s) @ ECF CM/ECF system on issue raised on (FSA Act) by Plaintiff

SS: attachment to complaint

1. complete over (47) PROGRAM(S)
2. And his recidivism still have
3. Remain @ High.
4.
5. 14) Based upon the foregoing
6. allegations and supporting fact
7. and law the defendant(s) have
8. continue and act and failed
9. to continue to violate the
10. plaintiff Const Rights 8 & 14
11. Amendment to due process clause.
12.
13. 15) This Court is empowered to
14. Grant such Relief.
15.
16. ARGUMENT/AUTHORITIES
17. PROGRAM Statement 5410.01
18. CN1-2-23-23 and 18 USC 3632
19. (d)(4) Time Credit Implementa
20. tion Procedures Reads in Part
21. for High/medium recidivism
22. Inmates: Inmate with high
23. or medium recidivism risk levels
24. are exception to the routine
25. application of this policy with
26. regards to awarding FTC(s)
27. toward early transfer to
28. pre-release custody and or
29. supervised release. The warden
30. will consult with the Region
31. al Director before approving
32. An inmate under Section (c)
33. (2) unless an exemption is
34. Granted by the Regional
35. Director in appropriate for
    early transfer

5 of 5

SS' attachment to complaint

1. to prerelease custody or super
2. vised release section (C)(2)
3. include but are NOT limited to
4. inmate with
5. 1) HAS PSR factor 2) Has Had
6. 100/200 IR reports, including
7. to drug, assault etc 3) HAS
8. been disciplinary free for 3 YR
9. (a) the request, see PS 5410.01
10. Time Credit Implementation
11. Procedure @ PG (15) & (6).
12. Here the facts have been
13. set out in (Para 1-14) of
14. this complaint. Further plain
15. tiff, will contend that his right
16. have been violated as to the
17. due process clause. The 10th
18. Cir HAS "stated" that a request
19. by A federal prisoner for a change
20. in the place of confinement
21. is properly construed as a chall
22. ence to the condition of confine
23. ment. And titus, must be brought
24. pursuant to (Bivens) United States
25. vs Garcia, 470 F.3d (a) 1001 10th
26. Cir 2006). In Garcia we Held
27. that two federal prisoner who
28. filed motion seeking transfer
29. from one detention facility to
30. another had to bring their claims
31. through a Bivens action Id.
32. @ 1002-03. We Reasonal that neither
33. prisoner "sought release from the
34. custody of the Bureau of Prisons
35. or A shortened period of incar
    ceration" but instead a change

6 of 6

1. 5th Amendment Tech involving
2. see also Boyce vs Ashcroft
3. 251 F3d @ 911, vacated as moot,
4. 268 F3d @ 953 10th Cir 2001.
5. Mr Crosby is also going to
6. argue and assert his confinement
7. as similar as it was stated
8. in Palma-Salazar cj ADX is
9. very different from carrying out
10. a sentence in an ordinary
11. penal institution." And therefore,
12. unlike the prison transfer requested
13. in Garcia, his transfer to ADX"
14. crosses the line beyond a garden
15. variety prison placement. Plaintiff
16. will also contend that dealing
17. with the EXEMPTION CLAUSE
18. per 5410.01 the only other
19. circuit addressing it is, (a)
20. 2025 US App LX 6161 4th Cir
21. Nicoletti vs Bayless also
22. see: Fontanez vs Hardin
23. 2025 US App LX 1833 6th Cir
24. Ditter vs Lemaster 2025 U.S.
25. App LX 577 6th Cir., factoral
26. analysis of FSA Act Time
27. Credit.
28.   Here the plaintiff will
29. contend it may sound assured
30. or overbroad in the court
31. content, but the plaintiff
32. beliff he has not been
33. afford proper due process of
34. the law, as to the First
35. Step Act of 2018 and
36. Program Statement 5410.01
37. Time Credit Implementation
38. Procedures.

7 of 7

as attachment to complaint and He seek relief from this court as it deem proper.

## Conclusion

1) Plaintiff seek a declaratory judgement that He be review properly, 2) He seek damages in amount of $50,000.00 against name defendant in official capacity 3) He seek that He be exempt for review in accordance to BOP policy and He also seek transfer as well or any other relief that appropriate.

Respectfully Submitted
Gregory D Crosby
Gregory D Crosby

Gregory D Crosby
AKA Gregory D Cosby
Reg No 05825-045
Unit C
Po Box 8500 ADX. Max
FCC Complex
Florence, Colorado
81226-8500
Counsel Pro Se

Date: DIENTAG 4-22-25

8 of 8

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Crosby US Acting Warden (Habeas)

Docket number and court: 1-25-CV-00122-RTG-LTB

Claims raised: (Habeas Action)

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) See ECF CM/ES System

Reasons for dismissal, if dismissed: N/A

Result on appeal, if appealed: N/A

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?
✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?
✓ Yes ___ No (*check one*)

AR# 1010547-F1
1010547-F2
1010547-F3

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G, REQUEST FOR RELIEF."*

Seek declaratory judgment to be rowrd for the motion. Seek damages in amount of 50,000.00 Seek Transfer and to be properly Assessment per 2018 First Step Act. or any other appropriate relief. See also attachment to complaint.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

DIEN TAG 4-22-25
(Date)

(Revised November 2022)

6

**I/M FILE COPY OUT 4-14-25**

BPA-145

Inmate to Staff Request
4-14-2025

To: D Unit Team
Capt. McK

EXHA-1

Redly Crosby G
0882505B  Colo-608

Re: 1) Unit Team (6 mos.) Review
2) J-Unit step down
3) Application for Exemption clause time (credit)
18USC 3632(d)(4)(C)(2)

1) I did receive a notice on step-down denial for the month of march. Let me make myself perfect clear DO NOT review for any more step down to go to J-Unit (im good). 2) If the institution choose to put me in for Pre-release Unit in 2026 with A RRC placement in 2028 I will accept that.

2) Also this is my 3rd request to submit a request for exemption clause for time credit due to NiCoTine Recidivism. And send me copy of all recommendation made to Warden. I made this request in Oct. 2023, Nov 19, 24 in J-Unit all the policy was NOT followed per BPA01 CN-1 2-23-23 And first step act 2018 implementation

DeJour 10am
Case Mgr
PG 2 of 2
4-14-25
RE: 2nd Chant Exemption Clause
@ DC 15 1/6

I down to a little over (36 mos)
And whether if the BOP give
me the credit of a High
Recidivism I'm going to get
them at the end of
Sentence DRM @ 5-1-2029

I will be requesting RRC place
ment for 12mo because
I really don't have no
where to go, and I
establish my corr. Employment
& AKA mail, Housing, ETC
When I was listed
Release End I will be moving
to Seattle, Washington, DC
Las Vegas, NV, You made
Place this in file Because
I don't like repeating myself.

So at my next team in
20 ___, I trust you
will address these
Concern in gerard care
to PLS 5321.05 Unit Mgt
And Inmate Program Review.

Submitted Respectfully
Crosby Gregory
05825-015
4-14-25
CDO-608



```
Individualized Needs Plan - Program Review    (Inmate Copy)         SEQUENCE: 00393172
                Dept. of Justice / Federal Bureau of Prisons          Team Date: 03-07-2025
     Plan is for inmate: CROSBY, GREGORY D  05825-045
```



| | | |
|---|---|---|
| Facility: | FLM  FLORENCE ADMAX USP | Proj. Rel. Date: 05-01-2029 |
| Name: | CROSBY, GREGORY D | Proj. Rel. Mthd: GOOD CONDUCT TIME |
| Register No.: | 05825-045 | DNA Status: FOM00716 / 01-14-2008 |
| Age: | 60 | |
| Date of Birth: | 08-12-1964 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Inmate Photo ID Status

Full status incomplete - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLM | U ORD C6 | UNIT ORDERLY C UNIT, RANGE 6 | 03-04-2025 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLM | ESL HAS | ENGLISH PROFICIENT | 04-20-1992 |
| FLM | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-28-1995 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FLM | C | CHESS SELF STUDY | 11-18-2024 | 12-31-2024 |
| FLM | C | S-CERT LOGIST ASSOC CERT | 01-16-2024 | 02-07-2025 |
| FLM | C | ADX YOGA | 09-09-2024 | 10-21-2024 |
| FLM | C | UNDERSTANDING THE BRAIN | 07-01-2024 | 11-06-2024 |
| FLM | C | DIABETES OUT OF CELL COURSE | 08-12-2024 | 10-21-2024 |
| FLM | C | HOW TO STAY FIT AS YOU AGE | 06-03-2024 | 07-29-2024 |
| FLM | C | MUSIC THEORY ADX | 04-01-2024 | 05-13-2024 |
| FLM | C | SELF STUDY FILM LITERATURE | 01-18-2024 | 02-26-2024 |
| FLM | C | CHANGING BODY COMPOSITION | 09-04-2023 | 11-27-2023 |
| FLM | C | ORIGAMI LEISURE CLASS | 05-01-2023 | 07-10-2023 |
| FLM | C | BASKETBALL OFFICAL CLASS | 03-06-2023 | 03-27-2023 |
| FLM | C | SBALL OFFICAL CLASS | 03-06-2023 | 03-27-2023 |
| FLM | C | BEGINNER STRESS MANAGEMENT | 02-13-2023 | 04-24-2023 |
| FLP STPD | C | CHILD SUPPORT & INCARCERATION | 09-29-2022 | 10-12-2022 |
| FLP STPD | C | LD UNT - BUILD FINANCIAL FUT 2 | 09-14-2022 | 09-28-2022 |
| FLP STPD | C | LD UNT - BUILD FINANCIAL FUT 1 | 09-01-2022 | 09-14-2022 |
| FLP STPD | C | LD UNIT - FAMILY | 08-18-2022 | 08-31-2022 |
| FLM | C | ENJOYING SECOND HALF OF LIFE | 03-21-2022 | 05-02-2022 |
| FLM | C | EAT SMART WELLNESS CLASS | 02-21-2022 | 04-04-2022 |
| FLM | C | SPORTS INJURY CLASS | 01-10-2022 | 02-21-2022 |
| FLM | C | ROBOTICS ACE CLASS | 10-04-2021 | 01-01-2022 |
| FLM | C | BEGINNER STRONGER ABS AND | 09-27-2021 | 11-08-2021 |
| FLM | C | BEGINNER STRESS MANAGEMENT | 09-13-2021 | 10-25-2021 |
| FLM | C | GAMES THEORY ACE | 07-05-2021 | 10-02-2021 |
| FLM | C | REC AND LEISURE JOURNALING | 07-26-2021 | 09-06-2021 |
| FLM | C | WEIGHT MANAGMENT | 05-24-2021 | 07-05-2021 |
| FLM | C | DIABETES SELF STUDY | 05-10-2021 | 06-07-2021 |
| FLM | C | MY HEALTH JOURNALING CLASS | 03-29-2021 | 04-26-2021 |
| FLM | C | HUMAN MIND ACE | 02-01-2021 | 04-24-2021 |
| FLM | C | DIABETES COURSE | 08-17-2020 | 10-19-2020 |
| FLM | C | BEGINNING WEIGHT MANAGMENT | 02-24-2020 | 04-06-2020 |
| FLM | C | RPP6 MINDFULNESS COG THERAPY | 11-09-2018 | 01-11-2019 |
| FLM | C | ACE GAMES PEOPLE PLAY | 07-24-2018 | 10-13-2018 |
| FLM | C | RECREATION WELLNESS | 02-01-2018 | 03-30-2018 |
| FLM | C | RE TOP CAREERS FOOD INDUSTRY | 11-13-2017 | 11-13-2017 |

Sentry Data as of 03-07-2025    Individualized Needs Plan - Program Review    (Inmate Copy)    Page 1 of 6





## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CROSBY, GREGORY D   05825-045

SEQUENCE: 00393172
Team Date: 03-07-2025

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FLM | C | RE TOP CAREERS HEALTH CARE | 11-03-2017 | 11-03-2017 |
| FLM | C | REENTRY TOP CAREERS RETAIL | 09-11-2017 | 09-11-2017 |
| FLM | C | REENTRY TOP CAREERS | 06-02-2017 | 06-02-2017 |
| FLM | C | ACE MUTANT PLANET | 05-02-2017 | 06-03-2017 |
| FLM | C | ACE ENGINEERING DISASTERS 1 | 02-28-2017 | 04-29-2017 |
| FLM | C | REENTRY CUSTODIAL MAINTENANCE | 11-07-2016 | 11-21-2016 |
| FLM | C | ACCOUNTING FUNDAMENTALS | 11-17-2016 | 11-17-2016 |
| ALP SMU | C | SMU SELF-STUDY STRESS | 11-24-2015 | 12-10-2015 |
| ALP SMU | C | AUDIO MINDFULNESS 17/18 | 10-18-2015 | 10-18-2015 |
| ALP SMU | C | AUDIO NUTRITION 27/28 | 08-30-2015 | 08-30-2015 |
| LEW SMU | C | LEXINGTON/PICKETTS CHARGE RPP6 | 06-23-2015 | 07-29-2015 |
| LEW SMU | C | CHINA/THE SILK ROAD RPP6 | 06-23-2015 | 07-29-2015 |
| LEW SMU | C | MONEY AND YOU/WORLD WORKS | 06-23-2015 | 07-29-2015 |
| LEW SMU | C | DOUBLE YOUR PRODUCTIVITY RPP2 | 06-23-2015 | 07-29-2015 |
| LEW SMU | C | RADIO SMU PARENTING H RPP6 | 06-02-2015 | 07-29-2015 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND H | 06-23-2015 | 07-21-2015 |
| LEW SMU | C | RADIO SMU PARENTING G RPP6 | 04-07-2015 | 04-21-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND G | 04-13-2015 | 04-23-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND G | 04-13-2015 | 04-23-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND G | 04-13-2015 | 04-23-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND G | 04-13-2015 | 04-23-2015 |
| LEW SMU | C | HISTORY/NEOLITHIC REVOLUT RPP6 | 02-09-2015 | 04-06-2015 |
| LEW SMU | C | MONEY/SOCIAL CONTRACT RPP3 | 02-09-2015 | 04-06-2015 |
| LEW SMU | C | TOOLS OFTHINK/THINK BASIC RPP6 | 02-09-2015 | 04-06-2015 |
| LEW SMU | C | WAR/ELECTION OF 1860 RPP6 | 02-09-2015 | 04-06-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND F | 02-13-2015 | 03-23-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND F | 02-13-2015 | 03-23-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND F | 02-13-2015 | 03-23-2015 |
| LEW SMU | C | RADIO SMU PARENTING F RPP6 | 02-03-2015 | 03-17-2015 |
| LEW SMU | C | RADIO SMU PARENTING E RPP6 | 12-02-2014 | 01-27-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND E | 12-03-2014 | 02-02-2015 |
| LEW SMU | C | TURBO STRATEGY RPP3 | 12-03-2014 | 01-12-2015 |
| LEW SMU | C | DECISIONS/COGNATV BIASES RPP6 | 12-03-2014 | 01-12-2015 |
| LEW SMU | C | TRADE&CONTACTS/IMITATION RPP6 | 12-03-2014 | 01-12-2015 |
| LEW SMU | C | CONFLCT&DEB/CONSTRUCTIVE RPP6 | 12-03-2014 | 01-12-2015 |
| LEW SMU | C | RADIO SMU PARENTING D RPP6 | 10-07-2014 | 12-02-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND E | 12-03-2014 | 12-09-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND E | 12-03-2014 | 12-09-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND E | 12-03-2014 | 12-09-2014 |
| LEW SMU | C | ACTIVITY PACKET ROUND D | 11-04-2014 | 12-02-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND D | 11-04-2014 | 12-02-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND D | 11-04-2014 | 12-02-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND D | 11-04-2014 | 12-02-2014 |
| LEW SMU | C | SMITH V MARX/DARWIN RPP6 | 10-07-2014 | 11-10-2014 |
| LEW SMU | C | NEGOTIATE THE BEST DEAL RPP2 | 10-07-2014 | 11-10-2014 |
| LEW SMU | C | SUPER SALES MANAGEMENT RPP2 | 10-07-2014 | 11-10-2014 |
| LEW SMU | C | LEARNING MADE SIMPLE RPP6 | 10-07-2014 | 11-10-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND B | 06-18-2014 | 08-20-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND B | 06-18-2014 | 08-20-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND B | 06-18-2014 | 08-20-2014 |
| LEW SMU | C | RADIO SMU PARENTING B RPP6 | 06-03-2014 | 08-05-2014 |
| LEW SMU | C | REC PATTERNS/REASONING RPP6 | 06-03-2014 | 07-07-2014 |
| LEW SMU | C | FINANCIAL IND/LEADERSHIP RPP3 | 06-03-2014 | 07-07-2014 |
| LEW SMU | C | POTENTIAL/TRACKING CAREER RPP2 | 06-03-2014 | 07-07-2014 |
| LEW SMU | C | DEFEAT SPANISH/VIENNA RPP6 | 06-03-2014 | 07-07-2014 |
| LEW SMU | C | RADIO SMU PARENTING A RPP6 | 05-13-2014 | 06-03-2014 |
| LEW SMU | C | STR THINK & SKILL SUCCESS RPP2 | 05-13-2014 | 05-27-2014 |



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CROSBY, GREGORY D   05825-045

SEQUENCE: 00393172
Team Date: 03-07-2025

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LEW SMU | C | GOALS & CONSCIOUS MIND  RPP2 | 05-13-2014 | 05-27-2014 |
| LEW SMU | C | ST LIFE & BAL WORK/FAMILY RPP6 | 05-13-2014 | 05-27-2014 |
| LEW SMU | C | A BRIEF HISTORY-CIV&CLSCL RPP6 | 05-13-2014 | 05-27-2014 |
| LEW SMU | C | SMU RADIO NUTRITION A | 05-28-2014 | 06-04-2014 |
| LEW SMU | C | SMU RADIO MEMORY A | 05-28-2014 | 06-04-2014 |
| LEW SMU | C | LIFE LONG WELLNESS A | 05-28-2014 | 06-04-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH II RPP 6 | 04-29-2014 | 05-16-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH I RPP 6 | 04-01-2014 | 04-29-2014 |
| FLP | C | THE OLYMPIC GAMES | 02-25-2014 | 03-26-2014 |
| FLP | C | COMMONLY CONFUSED WORDS | 01-16-2014 | 01-17-2014 |
| FLP | C | POSITIVE DISCIPLINE FOR PARENT | 07-30-2013 | 09-19-2013 |
| FLP | C | GET RIGHT WITH YOUR TAXES | 08-23-2013 | 09-04-2013 |
| FLP | C | SOC SEC BENEFITS FOR REENTRY | 07-30-2013 | 08-10-2013 |
| FLP | C | HISTORY OF THE WORLD PART 1 | 03-22-2013 | 05-13-2013 |
| FLP | C | MONEY SKILLS | 04-19-2013 | 04-22-2013 |
| FLP | C | EARTH WORKS 1 | 01-28-2013 | 04-08-2013 |
| FLP | C | EXPERT JOB SEARCH STRATEGIS | 02-20-2013 | 02-22-2013 |
| FLP | C | HOW TO FIND A JOB | 11-29-2012 | 11-29-2012 |
| FLP | C | HISTORY OF HAWAII ACE SMU | 10-24-2012 | 10-24-2012 |
| FLP | C | HISTORY OF BATTLE OF BULDGE | 09-25-2012 | 09-25-2012 |
| FLP SMU | C | GEOGRAPHY T-TH/2-3:00P | 03-01-2012 | 07-26-2012 |
| BSY | C | SHU REAL ESTATE | 07-01-2011 | 08-11-2011 |
| BSY | C | SHU BASIC BUSINESS PLAN | 07-01-2011 | 08-01-2011 |
| BSY | C | KEYBOARDING, SELF STUDY | 09-21-2010 | 10-08-2010 |
| BSY | C | ELL ORIENTATION | 09-21-2010 | 09-21-2010 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 02-05-2025 | 329 : DESTROY PROP $100 OR LESS |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 11-04-2016 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-17-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 12-17-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-04-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-04-2016 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 09-13-2022 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-20-2012 |
| NR COMP | NRES DRUG TMT/COMPLETE | 01-16-2025 |
| NR DIS | NRES DRUG TMT/DISCONTINUED | 01-29-2018 |

### FRP Payment Plan

Most Recent Payment Plan

FRP Assignment:   **NO OBLG**   **FINANC RESP-NO**              Start: **05-23-2016**
Inmate Decision:   **AGREED**         **$25.00**            Frequency: **QUARTERLY**
Payments past 6 months:       **$0.00**        Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 5 | ASSMT | $50.00 | $50.00 | IMMEDIATE | EXPIRED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **



**Individualized Needs Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CROSBY, GREGORY D  05825-045

SEQUENCE: 00393172
Team Date: 03-07-2025

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $150.00 | $150.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | ASSMT | $50.00 | $50.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 4 | ASSMT | $25.00 | $25.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 8 | ASSMT | $25.00 | $25.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 7 | ASSMT | $200.00 | $200.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 6 | REST CV | $3,600.00 | $3,595.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST NV | $3,900.00 | $3,875.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $0.00          Payments commensurate ?   N

New Payment Plan:   No Oblg

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-16-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 03-07-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 03-07-2025 |
| N-COGNTV Y | NEED - COGNITIONS YES | 03-07-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 03-07-2025 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 03-07-2025 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 03-07-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-07-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 03-07-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 03-07-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-07-2025 |
| N-TRAUMA Y | NEED - TRAUMA YES | 03-07-2025 |
| N-WORK Y | NEED - WORK YES | 03-07-2025 |
| R-HI | HIGH RISK RECIDIVISM LEVEL | 03-07-2025 |

### Progress since last review

Since last review: Crosby completed Diabetes out of cell course, Celtic World, Understanding the Brain, ADX Yoga, S-Cert Logist Assoc Cert, and Chess self study. He was recently found guilty of code 329-Detroy Prop 100 or less on 02/05/2025.

### Next Program Review Goals

Recommend:
Maintain Clear Conduct
Complete 2 ACE classes: ex The Sixties and Hero Ships.
Complete 2 FSA classes: Money Smart and Parenting.

### Long Term Goals

Prior to or through 03/2027: maintain clear conduct, complete at least 5 ACE classes and fulfill all your FSA needs by completing the needed classes.

### RRC/HC Placement

No.
Management decision - Will address 17-19 months prior to release. .
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense



| Individualized Needs Plan - Program Review  (Inmate Copy) | SEQUENCE: 00393172 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 03-07-2025 |
| Plan is for inmate: CROSBY, GREGORY D   05825-045 | |

- Prisoner
- Court Statement
- Sentencing Commission

Will review 17-19 months prior to PRD

**Comments**

\*\* No notes entered \*\*



CC Recv'd 3-7-25



Next Reunion 9/25

Sentry Data as of 03-07-2025     Individualized Needs Plan - Program Review   (Inmate Copy)     Page 5 of 6